**IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY**

| | |
|---|---|
| **JANET BRANCH,** *Plaintiff* <br><br> **vs.** <br><br> * **WALMART,** *Defendant.* | **CASE NO.:** LALA004575 <br><br> **ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Jefferson County, at the courthouse in Fairfield, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at ________________________. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

**IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY**

| | |
|---|---|
| **JANET BRANCH,**<br>*Plaintiff,*<br><br>vs.<br><br>**WALMART, Inc.,**<br>*Defendant.* | CASE NO. LALA004575<br><br>**PETITION** |

**Plaintiff demands a jury trial in this case.**

**STATEMENT OF CLAIM**

Plaintiff, Janet Branch (hereinafter "Branch"), sues Defendant, Walmart, Inc. (hereinafter "Walmart") and states:

**PARTIES, JURISDICTION AND VENUE**

[1] Upon information and belief, Walmart is an Arizona corporation doing business in Fairfield, IA.

[2] Walmart is located at 2701 W. Burlington Ave., Fairfield, IA 52556.

[3] Branch is a resident of Fairfield, Jefferson County, Iowa.

[4] Venue is proper in Jefferson County as the injury occurred in Jefferson County.

[5] The Jefferson County District Court has personal and subject matter

jurisdiction of the action and the claim amount exceeds the minimal jurisdictional limits of the District Court.

**FACTS**

[6] On March 17, 2023, Branch was on the premises owned by Walmart.

[7] Branch exited her car and slipped and fell on black ice as she stepped onto the parking lot.

[8] Walmart knew or should have known of the dangerous condition prior to the alleged incident and failed to correct the danger.

[9] At all times material hereto, Walmart negligently failed to properly remove the ice from its premises.

[10] On March 17, 2023, Defendant knew or should of known that the uncleared ice on the parking lot which was located in the direct path of its customers coming and going into its stored created a dangerous condition and involved an unreasonable risk of injury to its customers.

[11] On March 17, 2023, Walmart was negligent in that it failed to monitor, maintain or fix the dangerous conditions.

[12] On March 17, 2023, Branch sustained severe personal injuries when she slipped and fell on the ice while attempting to get out of her vehicle.

**COUNT I (Negligence)**

Paragraphs 1 through 12 are realleged as if full set forth herein.

[13] The injuries sustained by Branch were caused by the negligence and fault of Walmart.

[14] Walmart was negligent because of the following acts or omissions:

a. In failing to warn Branch that the area was unsafe;

b. In failing to exercise ordinary care in inspecting and maintaining the public areas of the premises to see that they were in a safe condition for the public; and

c. In failing to take adequate safety measure to protect the safety of the customers.

[15] Walmart's negligence was the proximate cause of the injury to Branch.

[16] As a direct and proximate result of the negligence of Walmart, Branch has suffered severe and permanent injuries.

[17] As a result of Walmart's negligence Branch has suffered damages including:

a. Past medical expenses;

b. Future medical expenses;

c. Past pain and suffering;

d. Future pain and suffering;

e. Past, present and future lost wages and lost future earning capacity;

f. Past loss of body as a whole;

g. Future body as a whole.

**WHEREFORE**, Branch requests the Court to enter judgment in her favor and against Walmart, including costs incurred and any and all other relief deemed appropriate.

E-FILED 2023 OCT 10 9:32 AM JEFFERSON - CLERK OF DISTRICT COURT

Respectfully submitted,

__/s/John Rausch__________________
John Rausch, AT0006398
Rausch Law Firm, PLLC
3909 University Avenue
P.O. Box 905
Waterloo, IA 50704
P: 319-233-3557
F: 319-233-3558
E: rauschlawfirm@dybb.com

__/s/Joanne Reed____________________
Joanne Reed, AT: 0012623
Reed Law, P.C.
405 N C. St.
Fairfield, Iowa 52556
Phone: (641) 209-6383
Fax: (641) 209-0998
Email: wcpi@reedlawsupport.com

**ATTORNEYS FOR PLAINTIFF**

Certificate of Service

I certify on __October 10____________,2023. I electronically filed the foregoing with the Clerk of Court using the ECF, system, which will send notification of such filing to the following:

_____/s/Holly Walker______________________

Original e-filed.

Copy to:

Penny Maxberry
Walmart Claims