UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RECEIVED
MAY 21 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| JANET BRANCH, | * | CIVIL NO. 4:24-cv-00032-SBJ |
| Plaintiff, | * | |
| v. | * | VERDICT |
| WALMART, INC., | * | |
| Defendant. | * | |

We, the Jury, find the following verdict on the questions submitted to us:

**QUESTION NO. 1:** Was the defendant Walmart, Inc. at fault? (Answer "Yes" or "No.")

ANSWER: **NO**

[If your answer is "no", do not answer any further questions. Instead, date and sign the verdict form and inform the Court Security Officer that you have reached a verdict. If you answered "yes", proceed to Question No. 2.]

**QUESTION NO. 2:** Was the fault of the defendant Walmart, Inc. a cause of any item of damage to plaintiff Janet Branch? (Answer "Yes" or "No.")

ANSWER: _____

[If your answer is "no", do not answer any further questions. Instead, date and sign the verdict form and inform the Court Security Officer that you have reached a verdict. If you answered "yes", proceed to Question No. 3.]

**QUESTION NO. 3:** Was the plaintiff Janet Branch at fault? (Answer "Yes" or "No.")

ANSWER: _____

[If your answer is "no", do not answer Questions No. 4 or 5. Instead, proceed to Question No. 6. If you answered "yes", proceed to Question No. 4.]

**QUESTION NO. 4:** Was the fault of plaintiff Janet Branch a cause of any damage to herself? (Answer "Yes" or "No.")

ANSWER: _____

[If your answer is "no", do not answer Question No. 5. Instead, proceed to Question No. 6. If you answered "yes", proceed to Question No. 5.]

**QUESTION NO. 5:** Using 100% as the total combined fault of plaintiff and defendant which was a cause of damage to plaintiff, what percentage of such combined fault do you assign to plaintiff Janet Branch and what percentage of such combined fault do you assign to defendant Walmart, Inc.? The percentages must total 100%.

ANSWER:   Plaintiff Janet Branch            _____%

Defendant Walmart, Inc.           _____%

TOTAL                  100%

[If you found plaintiff Janet Branch to be more than 50% at fault, do not answer Question No. 6. Instead, date and sign the verdict form and inform the Court Security Officer that you have reached a verdict. If you found plaintiff Janet Branch to be 50% or less at fault, proceed to Question No. 6.]

**QUESTION NO. 6:** State the amount of damages sustained by plaintiff Janet Branch caused by defendant Walmart, Inc.'s fault as to each of the following items of damage. Do not take into consideration any reduction of damages due to plaintiff Janet Branch's fault. If plaintiff Janet Branch has failed to prove any item of damage, or has failed to prove that any item of damage was caused by defendant Walmart, Inc.'s fault, enter "0" for that item.

A. Past Physical and Mental Pain and Suffering     $_____

B. Future Physical and Mental Pain and Suffering   $_____

C. Past Loss of Full Body                          $_____

D. Future Loss of Full Body                        $_____

TOTAL (add the separate items of damage)           $_____

**[Please date and sign the form on the next page and inform the Court Security Officer that you have completed your deliberations.]**

Dated this **21** day of May, 2025.

_____    _____
FOREPERSON                              JUROR

_____    _____
JUROR                                   JUROR

_____    _____
JUROR                                   JUROR

_____    _____
JUROR                                   JUROR