# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

JANET BRANCH,

                  **CIVIL NUMBER:  4:24-cv-00032-SBJ**

    Plaintiff,

v.                                **JUDGMENT IN A CIVIL CASE**

WALMART, INC.,

    Defendant.

☑ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Pursuant to the verdict of the jury, judgment is entered in favor of defendant Walmart, Inc. and against plaintiff Janet Branch.

Date: May 27, 2025

                                                            CLERK, U.S. DISTRICT COURT

                                                            /s/ Brian Phillips

                                                           By: